# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Neo Wireless, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Tesla, Inc., <br><br> Defendant. | Case No. 2:22-cv-11408-TGB |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Elizabeth G.H. Ranks of the law firm of Fish & Richardson P.C. hereby enters her appearance as counsel on behalf of Defendant Tesla Inc. in the above-entitled matter.

Dated: July 14, 2022

Respectfully submitted,

By: */s/ Elizabeth G.H. Ranks*
Elizabeth G.H. Ranks
ranks@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Massachusetts Bar No. 693679

**Counsel for Defendant Tesla Inc.**

## CERTIFICATE OF SERVICE

This is to certify that on July 14, 2022 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Elizabeth G.H. Ranks*
Elizabeth G.H. Ranks
ranks@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906
Massachusetts Bar No. 693679
